STATE OF CONNECTICUT *v.* JOSEPH N. TULLI

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 356, is denied.

*Michael Graham,* in support of the petition.

Decided June 3, 1988

JAY F. CLARK *v.* BENJAMIN A. MUZIO, COMMISSIONER OF DEPARTMENT OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 212, is denied.

*Aaron P. Slitt,* in support of the petition.

*Carl J. Schuman,* assistant attorney general, in opposition.

Decided June 3, 1988

CAROL A. SUNBURY *v.* DONALD C. SUNBURY

The plaintiff's petition for certification for appeal from the Appellate Court, 13 Conn. App. 651, is granted, limited to the issue: "Having found error in the trial court's calculation of the defendant's net income, did the Appellate Court err in limiting the issue on remand to a reconsideration of periodic alimony?"

*Albert G. Vasko,* in support of the petition.

*Sherman M. Tonkonow,* in opposition.

Decided June 3, 1988